PROB 22  
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:22CR00034 |
| DOCKET NUMBER (Rec. Court) | 2:25-cr-00080-JCM-MDC-1 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Carey Mills

☑ FILED  ☐ RECEIVED  
☐ ENTERED  ☐ SERVED ON  

MAR 31 2025  

CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: AMMi     DEPUTY

| DISTRICT | DIVISION |
|---|---|
| Hawaii | U.S. Probation Office |

**NAME OF SENTENCING JUDGE**  
Derrick K. Watson

**DATES OF PROBATION/SUPERVISED RELEASE**  
FROM: 9/24/2024  
TO: 9/23/2029

**OFFENSE**  
Count 1: Wire Fraud  18 U.S.C § 1343, Class B felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
Familiar ties to the District of Nevada

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Hawaii___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/7/2025_  
Date

_/s/_  
Chief, United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 4, 2025  
Effective Date

_James C. Mahan_  
United States District Judge

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Carey Mills

Case No.: TO BE ASSIGNED

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

March 27, 2025

TO:   The United States District Judge

Mr. Mills was convicted of Wire Fraud on November 22, 2022, and sentenced to 42 months with five years of supervised release to follow in the District of Hawaii. On September 24, 2024, Mr. Mills began his term of supervision in the District of Nevada.

Mr. Mills intends to remain in Nevada for the foreseeable future. To address any future matters that may require the Court's attention in an expeditious manner and for judicial economy, the undersigned officer is requesting that jurisdiction be accepted by the District of Nevada. As witnessed by his signature on the attached Prob 22 (Transfer of Jurisdiction) Judge Derrick Watson agreed to relinquish jurisdiction of the case. Should you have any questions regarding this matter, the undersigned is available at your convenience.

Respectfully submitted,

Digitally signed by Amanda Stevens
Date: 2025.03.31 11:45:57 -07'00'

Amanda Stevens
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.03.27 15:25:08 -07'00'

Steve M Goldner
Supervisory United States Probation Officer